394 A.2d 616

Commonwealth ex rel. Toll, Appellant, v. Toll.
Commonwealth ex rel. Toll v. Toll, Appellant.

Argued June 13, 1978. Morris Gerber, for appellant at No. 685, and appellee at No. 700; Jack A. Rounick, for appellant at No. 700, and appellee at No. 685.

Order affirmed.

HOFFMAN and CERCONE, JJ., would grant three weeks visitation during the summer.

JACOBS, P. J., did not participate in the consideration or decision of this case.

394 A.2d 617

Commonwealth ex rel. Weigle, Appellant, v. Weigle.

Argued June 12, 1978. Richard C. Snelbaker, with him Snelbaker, McCaleb & Elicker, for appellant; Samuel Gates, for appellee.

Order affirmed.